UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

VALERIE M. SORENSEN,

                    Plaintiff,                              Case No. 1:14cv719

v.                                                         Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on January 26, 2015.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of  the Magistrate Judge, filed January 26, 2015, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that plaintiff's motion for attorney fees is **GRANTED in PART and DENIED in PART**.  Judgment shall enter in favor of plaintiff and against defendant in the amount of $2,075.00.  This award shall be added to the November 14, 2014, Judgment in favor of Plaintiff, and collectible as part of the Judgment.


                                        _____/s/ Robert J. Jonker_____
                                              ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE

DATED:  March 5, 2015.